```
1  BENJAMIN WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2773
```

FILED

MAR 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12 - SW - 0151   EFB

| UNITED STATES OF AMERICA | ) | MISC. NO. |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| SEALED | ) | |
| Defendant. | ) | |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: 3-23-2012

_____
EDMUND F. BRENNAN
U.S. Magistrate Judge