```
BENJAMIN WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

**FILED**

APR 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Sealed Search Warrant | SW NO.  12-151-efb<br><br>MOTION TO UNSEAL SEARCH WARRANT APPLICATION, AFFIDAVIT AND ATTACHMENTS AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order to unseal the application, affidavit, and attachments in the above captioned matter. The subject of the underlying investigation, Yasir Mehmood was arrested on 4/9/2012 obviating further need for sealing these documents.

DATED: April 9, 2012

BENJAMIN WAGNER
U.S. Attorney

By /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The United States' motion to unseal the Search Warrant Application, affidavit, and its attachments in SW No. 12-151-efb is GRANTED.

DATED: April 9, 2012

_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Court Judge